## JOHN COLLINS *v.* HARTFORD ROMAN CATHOLIC DIOCESAN CORPORATION ET AL.

The petition by the proposed intervenor Roger J. Frechette for certification for appeal from the Appellate Court is denied.

*Roger J. Frechette,* in support of the petition.

*Frank A. Bailey,* in opposition.

Decided April 12, 2005

## STATE OF CONNECTICUT *v.* LEONARDO NOGUEIRA

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 819 (AC 24686), is denied.

*Kirstin B. Coffin,* special public defender, in support of the petition.

*Mitchell S. Brody,* senior assistant state's attorney, in opposition.

Decided April 21, 2005

## STATE OF CONNECTICUT *v.* JOHNNIE TYSON

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 607 (AC 23365), is denied.

*Timothy H. Everett,* special public defender, in support of the petition.

*Robert J. Scheinblum,* assistant state's attorney, in opposition.

Decided April 21, 2005